IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JEROME RICHARDSON,

    Petitioner,                         CASE NO. 2:10-CV-01139
                                      JUDGE SMITH
    v.                                 MAGISTRATE JUDGE ABEL

WARDEN, WARREN CORRECTIONAL
INSTITUTION,

    Respondent.

## OPINION AND ORDER

On December 21, 2011, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been field.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

                                                         \s\ George C. Smith
                                                         GEORGE C. SMITH
                                                         United States District Judge